

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00651-CR

Gregorio Ortiz **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10604
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 24, 2013.

_____
Luz Elena D. Chapa, Justice